LAW OFFICES OF GEOFFREY D. MUELLER

GEOFFREY D. MUELLER[1]

*Counsel*
MICHAEL J. CICALA
MICHELE T. PUGLIESE[2]

*Of Counsel*
WARREN C. FARRELL[3]

1 MEMBER: NJ, NY & DC BARS
2 MEMBER: NJ & NY BARS
3 MEMBER: NJ BAR & CERTIFIED CIVIL TRIAL ATTORNEY

366 KINDERKAMACK ROAD
WESTWOOD, NEW JERSEY 07675

PHONE: (201) 569-2533
FAX: (201) 569-2554

www.gdm-law.com

2 WILLIAM STREET - #509
WHITE PLAINS, NY 10601

610 E. PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632

REPLY TO & SERVE ALL PROCESS AT WESTWOOD

PLEASE REFER ALL INQUIRIES TO:
MAILBOX@GDM-LAW.COM

File No.: 1167-1

January 19, 2021

**VIA ECF ONLY**
Hon. Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

**RE: Brandon Park v. Fair Collections & Outsourcing, Inc. d/b/a FCO, TDC Fort Lee, LLC and Lincoln Properties a/k/a Hudson Lights**
**Civil Action No.: 2:20-cv-06058**

Dear Judge Wettre:

This Firm represents Defendants TDC Fort Lee, LLC and Lincoln Eastern Management Corporation i/p/a Lincoln Properties a/k/a Hudson Lights relative to the above-captioned matter. As the Court is aware, this matter was settled in principle on October 12, 2020 [Dkt. 25] and dismissed on December 16, 2020 [Dkt. 27]. On January 11, 2021, Plaintiff's counsel advised the Court that it was not in receipt of an executed Settlement Agreement or settlement payment [Dkt. 28]. Thereafter, on January 12, 2021, Your Honor entered an order directing the undersigned to file an explanation as to why settlement has not yet been consummated [Dkt. 29].

With apologies to the Court and counsel, I am attempting to confirm the reason for the delay with my client. By way of substantive update, I can advise the Court that our client has executed the Settlement Agreement, which signature page was emailed to counsel on January 13, 2021.

I advised counsel that, simultaneous with his letter to the Court, we received a settlement check from our client, which check was unfortunately written in error. On Wednesday, we received a replacement check made payable to our Attorney Trust Account, which has been deposited. I have sent a copy of same to counsel as well.

We have not been advised that it has cleared, but will follow-up with our bank tomorrow. I expect it will clear tomorrow, or Thursday at the latest. As soon as we have confirmation it has cleared, we will messenger settlement payment to counsel.

Again, Defendants respectfully seek the Court's indulgence and hope the foregoing satisfactorily addresses the Court's and counsel's concern.

We thank Your Honor for the Court's consideration.

Respectfully submitted,

*/s/Geoffrey D. Mueller*

GEOFFREY D. MUELLER

GDM/sv
Cc: Michael S. Kimm, Esq. *(via ECF)*
Mr. William Biles *(via electronic mail)*